# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**JASHON MOBLEY,**

    **Plaintiff,**

**v.**                           Case No. 4:23-cv-483-AW-MAF

**CHIEF ADMINISTRATOR, FLORIDA**
**DEPARTMENT OF LAW**
**ENFORCEMENT,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having carefully considered the matter, I now adopt the report and recommendation (ECF No. 7) and incorporate it into this order. Plaintiff has not complied with a court order, and he has not objected to the recommendation to dismiss on that basis. He appears to have abandoned his case.

The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with a court order." The clerk will then close the file.

SO ORDERED on March 18, 2024.

                                                    s/ *Allen Winsor*
                                                    United States District Judge